# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR1228-JLS |
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| LAVOIJUNEE DOLORES PICHON, (2) | |
| Defendants. | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the sentencing hearing currently set for June 1, 2018, at 9:00 a.m., is continued to September 14, 2018, at 9:00 a.m., before the Honorable Janis L. Sammartino.

SO ORDERED.

DATED: May 30, 2018

_____
Honorable Janis L. Sammartino
United States District Judge

1